**Dismissed and Memorandum Opinion filed February 21, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01108-CR

## EX PARTE GLENFORD ROBERT MCCALLUM

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 11924-A**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed December 14, 2012, denying appellant's application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. Neither the clerk's record nor the supplemental clerk's record contains a notice of appeal from the trial court's order.

A defendant's notice of appeal must be filed within thirty days after the trial court enters an appealable order. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App.

1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal, and it can take no action other than to dismiss the appeal. *Id.*

On January 24, 2013, this court notified appellant that unless he filed a supplemental clerk's record containing a timely notice of appeal within fifteen days, the appeal would be dismissed for want of jurisdiction. The required supplemental record has not been filed, and appellant did not otherwise respond to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).